UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOMINGO GERMAN MACAVILCA,

    Plaintiff,

  v.

WARDEN WIGGIN, *et al.*,

    Defendants.

Case No. C08-5637 FDB/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S AMENDED COMPLAINT

The Court has reviewed Plaintiff's proposed Amended Complaint. Dkt. # 8. Plaintiff provided copies of his Amended Complaint, but the copies are incomplete and do not contain the same exhibits as the original filed with the Court. *See* Dkt. # 8. Therefore, Plaintiff is directed to supply identical service copies with exhibits, and to fill out service forms with complete addresses for the named Defendants, so that the Court may direct the United States Marshal to serve the Amended Complaint and summons upon the named Defendants.

Accordingly, it is **ORDERED:**

(1) The Clerk of the Court is directed to send service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for the named Defendants and return the forms with service copies of the Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named Defendants. These documents must be returned on or before **February 20, 2009,** or the Court will recommend dismissal of this

ORDER
Page - 1

1 | action for failure to prosecute.
2 |
3 | DATED this  28th  day of January, 2009.
4 |
5 |
6 | _____
7 | Karen L. Strombom
  | United States Magistrate Judge

ORDER
Page - 2