UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN LEE HIGH, | Case No. C08-05766 RJB |
| Petitioner, | |
| v. | ORDER ON PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| SCOTT FRAKES, | |
| Respondent. | |

This matter comes before the court on review of the March 10, 2009 Report and Recommendation of the Magistrate Judge, who recommended that the petitioner's application to proceed *in forma pauperis* be denied because petitioner appeared to have the funds to pay the $5.00 filing fee. Dkt. 8. The court has reviewed the Report and Recommendation and the remainder of the file herein.

On March 24, 2009, after the Report and Recommendation had been issued, petitioner paid the filing fee. The Report and Recommendation is moot. Petitioner's application to proceed *in forma pauperis* is **DENIED**. Petitioner's habeas corpus action shall proceed. The case, including all pending motions, is **RE-REFERRED TO UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM** in accord with the original order of reference.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

ORDER - 1

1 | DATED this 1st day of April, 2009.

ROBERT J. BRYAN
United States District Judge

ORDER - 2