UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN LEE HIGH,

    Petitioner,

v.

SCOTT FRAKES, *et al*,

    Respondent.

Case No. C08-5766RJB-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     the Court adopts the Report and Recommendation (Dkt 21);

(2)     petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)     the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 27th day of August, 2009.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER
Page - 1