# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN LEE HIGH

JUDGMENT IN A CIVIL CASE

v.

SCOTT FRAKES el al

CASE NUMBER: C08-5766RJB-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. the Court adopts the Report and Recommendation (Dkt 21); and

2. petitioner's federal *habeas corpus* petition is DISMISSED.


    August 27, 2009                        BRUCE RIFKIN
                                                                   Clerk

                                             /s/ Jennie L. Pattonp
                                                 By, Deputy Clerk